IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HANNAH FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 7:22-CV-00155-D-RN |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's request for judicial review of the Commissioner's decision that he is not disabled. The Commissioner filed a Motion for Remand requesting that this Court remand this case under sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3), because Plaintiff's records contained evidence not belonging to Plaintiff and which was considered by the Administrative Law Judge when evaluating Plaintiff's claim. Good cause having been shown, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3), for further administrative proceedings.

Because this case is being remanded under sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

SO ORDERED. This __11__ day of January, 2023.

JAMES C. DEVER III
United States District Judge